IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                        Plaintiff,                    ORDER

v.

                                                11-cr-106-wmc

JOSEPH CROTTY,

                        Defendant.
_____

      On December 1, 2011, the court received Dr. Rolli's November 29, 2011 forensic report in which she opined that defendant Joseph Crotty is legally competent to proceed in this case. At a December 6, 2011 telephonic status conference, counsel for both sides reported that they have read Dr. Rolli's report, they did not need a competency hearing, and they did not object to the court finding Crotty mentally competent.

      Having read Dr. Rolli's report, I agree with counsel that no hearing is necessary. The court finds that defendant Joseph Crotty is mentally competent to proceed in this case.

      The parties reported that they already are negotiating a plea agreement. I gave them until January 6, 2012 to report to the court whether they have reached a plea agreement. If no agreement is reached, then the court will schedule the case for trial at that time. Pursuant to 18 U.S.C. § 3161(h)(7)(A), time is excluded from computation on the speedy trial clock until January 6, 2011, because the ends of justice served by allowing this brief continuance for the purpose of resolving this case simply, fairly inexpensively and quickly (*see* F.R. Cr. P. 2) outweigh the best interest of the public and the defendant in speedier calendaring of this case

      Entered this 6th day of December, 2011.

                                                  BY THE COURT:

                                                /s/

                                                STEPHEN L. CROCKER
                                                Magistrate Judge